

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,    )
    )   Magistrate Case No. **20-MJ-5252**
    Plaintiff,   )
    )   <u>COMPLAINT FOR VIOLATION OF:</u>
    v.   )
    )   Title 8 U.S.C. Sec. 1324(a)(2)(B)(iii)
Leonardo SANDOVAL-Bautista,   )   Bringing in Unlawful Alien(s)
    )   Without Presentation
    Defendant.   )
    )

The undersigned complainant, being duly sworn, states:

On or about December 3, 2020, within the Southern District of California, Defendant, Leonardo SANDOVAL-Bautista, with the intent to violate the immigration laws of the United States, knowingly and in reckless disregard of the fact that aliens, namely, Irene FRANCISCO-Cuellar and Eduardo SALVADOR-Salvador, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens, and upon arrival did not bring and present said aliens immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant further states that this complaint is based on the attached statement of facts which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Gabriela Acevedo, CBP Enforcement Officer
U.S. Customs and Border Protection

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1 on December 4, 2020.

_____
*William V. Gallo*
HON. WILLIAM V. GALLO
UNITED STATES MAGISTRATE JUDGE

<u>PROBABLE CAUSE STATEMENT</u>

The complainant states that Irene FRANCISCO-Cuellar and Eduardo SALVADOR-Salvador, are citizens of a country other than the United States; that said aliens have admitted they are deportable; that their testimony is material, that is impracticable to secure their attendance at trial by subpoena; and that they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On December 3, 2020, at approximately 3:20 PM, Leonardo SANDOVAL-Bautista (Defendant), a Lawful Permanent Resident, made application for admission to the United States at the San Ysidro Port of Entry via vehicle primary lanes. Defendant was the driver of a 2008 Hyundai, Santa Fe. During a pre-primary roving operation a Customs and Border Protection (CBP) Canine Enforcement Officer's K-9 alerted to the vehicle the Defendant was driving. The CBP CEO inspected the undercarriage area and discovered people concealed inside a non-factory compartment. Another CBP Officer made contact with defendant; asking where he was going and if he was bringing anything from Mexico. Defendant stated he was traveling to Los Angeles, California and gave two negative Customs declarations. Defendant was handcuffed and escorted to the security office. The vehicle was driven into the secondary lot for further inspection.

In the secondary inspection lot, CBP Officers assisted two people out of the non-factory compartment by removing the rear bumper.  The two people were later identified as Irene FRANCISCO-Cuellar and Eduardo SALVADOR-Salvador. Both admitted to being citizens of Mexico with no legal documents to enter the United States. Both are now referred to as Material Witnesses.

At approximately 4:50 PM, Defendant was advised of his Miranda Rights and elected to waive his right to counsel and gave the following statement. Defendant stated he had crossed the vehicle on two previous occasions to create a crossing history. Defendant stated today he was instructed to take the vehicle to Palomar St. and wait for further instructions and pick up $8,000 he believed to be laundered money. Defendant was instructed once he delivered the money in Mexico, he would receive a payment of 10% of the amount delivered.

During a video recorded interview, Material Witnesses admitted they are citizens of Mexico with no legal documents to enter the United States. Material Witnesses stated they were going to California to seek employment. Material Witnesses stated they were going to pay a smuggling fee ranging from an unknown amount to $18,000 USD.